IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEROY GRIFFIN,

    Petitioner,

    v.

TREVOR WINGARD, et al.,

    Respondents.

CIVIL NO. 3:13-CV-00131

(Judge Mariani)

FILED
SCRANTON
SEP 04 2013
PER_____
DEPUTY CLERK

## ORDER

**AND NOW, TO WIT, THIS 4th DAY OF SEPTEMBER 2013,** for the reasons set forth in the foregoing Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Petitioner's Motion for Reconsideration (Doc. 17) is **DENIED.**

Robert D. Mariani
United States District Judge